# LEAVITT, KERSON & SEHATI
ATTORNEYS AT LAW

| | | |
|---|---|---|
| PAUL E. KERSON<br>MARC CRAWFORD LEAVITT<br>TALI B. SEHATI<br><br>BENJAMIN M. SHAW (1912-2002) | 118-35 Queens Boulevard<br>Suite 950<br>Forest Hills, New York 11375<br>(718) 793 – 8822<br>Fax (718) 520 – 8544 | JOSEPH N. YAMANER<br>JOHN F. DUANE<br>JERRY CHRISAFIS<br><u>COUNSEL</u><br><br>620 Fifth Avenue, 2nd Fl.<br>New York, NY 10020<br>(212) 973 – 9339<br>(212) 973-9494 Fax |

Via: ECF

January 12, 2023

Hon. Vera M. Scanlon
U.S. Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Alessina et al v. El Gauchito II Corp., et al*
Docket No.: 1:21-CV-04537-ENV-VMS

Dear Magistrate Judge Scanlon:

Please be advised that we represent the Defendants in connection with the above-named case.

Reference is made to your Order of January 10, 2023. We apologize for any delay.

We perfected the Appeal by filing our Brief & Record with the Appellate Division, Second Department on May 26, 2022 concerning the related State court case.

The Plaintiffs-Respondents filed their Brief on July 21, 2022. We have not yet received an Oral Argument date from the Appellate Division, Second Department.

Just as soon as we receive the Oral Argument date, we will again write to Your Honor.

Your attention to this case is greatly appreciated.

Best regards. Stay Safe.

Sincerely,

Paul E. Kerson

PEK:ms

CC: Mr. Mario Civelli, El Gauchito II Corp.
Mr. Marcello Civelli, El Gauchito II Corp.
Ms. Vanessa Civelli, El Gauchito II Corp.
Luis Echeverria, Esq., Co-Counsel for Defendant El Gauchito II Inc., et al
Joseph Nussbaum, Esq., attorney for Plaintiff