## LEAVITT, KERSON & SEHATI
ATTORNEYS AT LAW

PAUL E. KERSON
MARC CRAWFORD LEAVITT
TALI B. SEHATI

BENJAMIN M. SHAW (1912-2002)

118-35 Queens Boulevard
Suite 950
Forest Hills, New York 11375
(718) 793 – 8822
Fax (718) 520 – 8544

LUIS F. ECHEVERRIA
JOSEPH N. YAMANER
JOHN F. DUANE
JERRY CHRISAFIS
<u>COUNSEL</u>

620 Fifth Avenue, 2nd Fl.
New York, NY 10020
(212) 973 – 9339
(212) 973-9494 Fax

Via: ECF

May 2, 2024

Hon. Vera M. Scanlon
U.S. Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Alessina et al v. El Gauchito II Corp., et al*
Docket No.: 1:21-CV-04537-ENV-VMS

Dear Magistrate Judge Scanlon:

I write in response to your Order of May 1, 2024. We represent the Defendants in this Case, El Gauchito II, et al.

The identical State Court Judgment under Appellate Division, Docket No. 2021-08890 was paid.

Thus, Defendants will not be filing a *Cheeks* motion. Under these circumstances, Plaintiff should be directed to withdraw the Complaint.

Best regards.

Sincerely,

Paul E. Kerson

PEK:ms

CC: Josef Nussbaum, Esq., attorney for Plaintiff