# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

May 6, 2024

**VIA ECF**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214
Brooklyn, New York 11201

      Re:    *Alessina, et al, v. el Gauchito II, Inc., et al*,
               **No.: 21 CV 4537 (ENV)(VMS)**

Dear Judge Scanlon,

      We represent Plaintiffs in the above-referenced matter. We write in response to the Court's May 3, 2024 Order to respond to Defendants' May 2, 2024 letter. We concur with Defendants that the judgment in the state court action has now been paid. Accordingly, as we informed the Court at the March 28, 2024 premotion conference in this matter, Plaintiffs do not intend to pursue their claims in this case as they have been fully adjudicated by the state court. Plaintiffs will work together with counsel for Defendants to execute a stipulation of dismissal.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)